IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLISA FOUNDATION,

      Plaintiff,

v.                                                  CV 14-795 WPL/CG

THE TRUSTEES OF PURDUE UNIVERSITY,

      Defendant.

**ORDER**

      This matter is before the Court *sua sponte*. The Olisa Foundation ("the Foundation") filed a pro-se complaint on September 3, 2014. (Doc. 1.) Since then, no attorney has made an entry of appearance on the Foundation's behalf. The Foundation is described in the complaint as a non-profit corporation incorporated in Texas and conducting its business activities in Las Cruces, New Mexico. (*Id.* at 1.) The complaint is signed by trustee N. Robert Olisa, III, MPA, MS [ASCP], RM [NRCM]. (*Id.* at 6.)

      It does not appear that trustee Olisa is a licensed attorney. He may not represent the Foundation in Court. According to the Local Rules of this Court, "A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court." D.N.M.LR-Civ. 83.7; *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities.") (citations omitted).

IT IS THEREFORE ORDERED that the Foundation must secure the services of an attorney authorized to practice before this Court. **If no attorney enters an appearance on behalf of the Foundation by October 22, 2014, the case will be dismissed without prejudice.**

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.