IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLISA FOUNDATION,

    Plaintiff,

v.                                                                              CV 14-795 WPL/CG

PURDUE UNIVERSITY,

    Defendant.

**ORDER TO STRIKE AND FOR BRIEFING**

This matter is before the Court *sua sponte*. On September 3, 2014, the Olisa Foundation ("the Foundation") filed a pro se complaint against Purdue University. (Doc. 1.) On September 22, 2014, I ordered the Foundation to obtain counsel licensed to practice before this Court by October 22, 2014, in accordance with D.N.M.LR-Civ. 83.7 or face dismissal of the case without prejudice. (Doc. 12.) Then, on September 25, 2014, the Foundation filed a pro se Motion for Summary Judgment. (Doc. 13.) Further, Defendant filed a Motion to Dismiss (Doc. 14) on September 27, 2014, and the Foundation filed a pro se response (Doc. 17) on September 29, 2014. Defendant then moved to stay the case pending the appearance of counsel on behalf of the Foundation on September 30, 2014. (Doc. 16.) I granted the motion to stay and repeated the requirement that the Foundation obtain counsel licensed to practice before this Court by October 22, 2014. (Doc. 18.)

Counsel entered an appearance on behalf of the Foundation on October 20, 2014, and filed a Notice of Briefing Complete as to the Motion for Summary Judgment. (*See* Doc. 20.) At a status conference on October 24, 2014, I informed the parties that I would not consider the pro se

Motion for Summary Judgment or the Foundation's pro se response to the Motion to Dismiss because the documents were filed in violation of D.N.M.LR-Civ. 83.7, which requires that "A corporation, partnership or business entity other than a natural person . . . be represented by an attorney authorized to practice before this Court." Accordingly, the Court will *sua sponte* strike these documents from the record. *See Conagra Trade Grp., Inc. v. Fuel Exploration, LLC*, Nos. 07-cv-02438-CMA-MEH, 07-cv-2552-CMA-MEH, 2009 WL 763097 (D. Colo. Mar. 19, 2009) (striking a response to a motion for summary judgment where limited liability corporation responded pro se).

    The Foundation has until **November 24, 2014**, to respond to Defendant's Motion to Dismiss. Defendant may reply in accordance with the Federal Rules of Civil Procedure and the Local Rules.

    IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.